United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Edith Guerrero

**Debtor(s)**

Case No.: 26−34946
Chapter: 13

---

***ORDER CLOSING CASE***

The estate has been fully administered. Therefore, the Court orders:

1. David Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 10/6/26

Christopher M. Lopez
United States Bankruptcy Judge